# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROSLIND HARPER, KRYSTAL DAVIS,           )
KATRINA DAVIS, and KATRICE DAVIS,        )
a minor, KAYANA DAVIS, a minor, AND      )
KARIS DAVIS, a minor, by and through     )
their mother and next friend,            )
ROSLIND HARPER,                          )
                                         )
          Plaintiffs,                    )
                                         )
     vs.                                 )     **Case No. 05-cv-397-PMF**
                                         )
THE VILLAGE OF SAUGET, ILLINOIS,         )       **CONSOLIDATED WITH:**
a municipal corporation; JEFF DONAHEY,   )
Sauget Police Officer; VILLAGE OF CAHOKIA, )   **Case No. 06-cv-197-PMF**
ILLINOIS; ERIC BAILEY, LARRY FLINN, and  )
TERESA NICHOLS,                          )
                                         )
          Defendants.                    )

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:  July 24, 2008.                   **NORBERT G. JAWORSKI, CLERK**

                                         By: s/Karen R. Metheney
                                             **Deputy Clerk**

**APPROVED:**

*s/Philip M. Frazier*
HON. PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE